# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELANIE WALSH,**

       **Plaintiff,**

**v.**                                                               Case No:   6:14-cv-1290-Orl-31KRS

**GLOBAL MARKETING**
**RESEARCH SERVICES, INC. and**
**ANTHONY DIANA,**

       **Defendants.**

## ORDER

Upon consideration of the Stipulation for Dismissal without Prejudice as to Anthony Diana ("Diana") (Doc. 18), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Walsh's individual claims against Diana in this action are dismissed *without prejudice,* and the putative class's claims against Diana in this action are dismissed *without prejudice*. The parties shall each bear their own attorney's fees and expenses incurred related to the dismissal regarding the individual Defendant, Diana.   Any pending motions as to this Defendant are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 24, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties