# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELANIE WALSH,**

      **Plaintiff,**

**v.**                                                                                   **Case No: 6:14-cv-1290-Orl-31KRS**

**GLOBAL MARKETING RESEARCH SERVICES, INC.,**

      **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 17) filed by the Defendant, Global Marketing Research Services, Inc. ("Global"), and the response in opposition (Doc. 19) filed by the Plaintiff, Melanie Walsh. Most of the issues raised in the motion have been rendered moot by the dismissal (Doc. 18) of the Plaintiff's claims in this Telephone Consumer Protection Act case against former Defendant Anthony Diana ("Diana").[1] Upon review, the Court finds that the remaining issues raised in the motion do not merit dismissal. Accordingly, it is hereby

---

[1] For example, Global and Diana had argued that the complaint was a prohibited "shotgun pleading" because the Plaintiffs repeatedly referred to actions taken by "the Defendants" rather than specifying whether one of them or the other took the action.

**ORDERED** that the Motion to Dismiss (Doc. 17) filed by Defendant Global Marketing Research Services, Inc. is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 16, 2014.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party