**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT MARTIN and KRISTIN ARMSTRONG,**

        **Plaintiffs,**

**v.**          Case No:   6:14-cv-1290-Orl-31KRS

**GLOBAL MARKETING RESEARCH SERVICES, INC. and JOHN DOES 1-100,**

        **Defendants.**

## ORDER

Upon consideration of the Motion to Vacate or for Reconsideration (Doc. 54) filed by Defendant Global Marketing Research Services, Inc. ("Global Marketing") and the response in opposition (Doc. 55) filed by the Plaintiffs, it is

**ORDERED** that Global Marketing's motion (Doc. 54) is **DENIED**.   If the Plaintiffs wish to seek imposition of sanctions against Global Marketing or its counsel for filing the motion, they should file a separate motion.   *See* Doc. 55 at 3, fn 2.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 19, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party