# EXHIBIT B

1

2

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

3

4

5

6

7

8

9

ROBERT MARTIN and KRISTIN
ARMSTRONG individually and on behalf of
all others similarly situated,

*Plaintiffs*,

v.

GLOBAL MARKETING RESEARCH
SERVICES, INC., a Florida corporation,

*Defendant*.

Case No. 6:14-cv-1290-ORL-31-KRS

DECLARATION OF KATHLEEN
WYATT REGARDING
DISSEMINATION OF NOTICE

10

11

12

13

I, Kathleen Wyatt, hereby declare and state as follows:

14

15

16

17

18

1.　　I am employed as a Senior Project Manager by Kurtzman Carson Consultants, LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California. KCC was retained as the Settlement Administrator in this matter and as the Senior Project Manager I oversee the administrative services provided. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

19

20

21

22

2.　　On April 4, 2016, KCC received from Defense Counsel a spreadsheet of records reflecting telephone calls made by the defendant during the period of 2011 through 2014. KCC removed duplicate records and sent the records without names and addresses to a vendor for a reverse lookup to obtain such information for mailing.

23

24

25

26

3.　　KCC received name and address results from the vendor and created a mailing list for direct notice dissemination of the Postcard Notice. Prior to the mailing of the Postcard Notice, the names and addresses were processed through the National Change of Address ("NCOA") database to update any change of address on file with the United States Postal Service ("USPS").

27

28

4.　　On or before April 8, 2016, KCC created a case-dedicated website for the matter at www.MartinTCPAsettlement.com. The website provides users with the full-length notice as well

1    as relevant court documents, important dates and, as of April 28, 2016, claims filing functionality.

2    All direct notice efforts, as well as the paid media campaign, direct individuals to the case website.

3         5.      On or before April 8, 2016, KCC created a toll-free telephone number with a

4    recorded message replicating the key information from the long form Notice, including the

5    Frequently Asked Questions section of the website.

6         6.      From April 18, 2016 through April 28, 2016, a total of 75,000,000 internet banner

7    impressions were purchased on a variety of websites and displayed. All of these impressions were

8    targeted to reach adults 18 years of age or older. In total, the internet banner effort delivered

9    77,368,962 impressions, a bonus of 2,368,962 more impressions than purchased at no additional

10   cost.  A copy of the internet banners as they appeared on the various websites is attached as

11   **Exhibit A**.

12        7.      On or about April 28, 2016, KCC caused the Postcard Notice to be mailed to the

13   422,709 names and addresses on the mailing list described in paragraph 3.  A true and correct copy

14   of the Postcard Notice is attached hereto as **Exhibit B**.

15        8.      Since mailing the Postcard Notices, 62,038 Postcard Notices were returned as

16   undeliverable by the USPS.  The addresses were run through a skip trace and as of July 22, 2016

17   KCC has updated and remailed 49,203 Postcard Notices.

18        9.      The deadline for opt-out requests was July 15, 2016.  To date KCC has received 123

19   requests to be excluded from the settlement. A true and correct copy of the Opt-Out List is attached

20   as **Exhibit C**.

21        10.     The deadline for objections was July 15, 2016. To date KCC has received no

22   objections.

23        11.     The postmark deadline for the submission of claims is September 30, 2016.  To date

24   KCC has received 10,561claims on the website and 123 paper claims by mail.

25        12.     The notice campaign described in this declaration comports with the requirements

26   set by the Court in this case for due process.  Between the direct notice reach and the internet

27   impressions, KCC estimates that the overall reach of the notice campaign is 73.7% among likely

28   Class members.

1

2          I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

3   26th day of July 2016, at San Rafael, California.

4

5

6                                                      _Kathleen Wyatt_____

7                                                      KATHLEEN WYATT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Martin v. Global Marketing Research : 160x600
Site : Entrepreneur.com







If You Received a Call on Your Cellular Telephone from Global Marketing Research Services, Inc. from August 11, 2010 to December 31, 2014 You Could Be Entitled to a Payment from a Class Action Settlement.

Learn More

www.martintcpasettlement.com

# Forbes

LOG IN | SIGN UP | HELP

**INVESTING** / MARKETS



## Netflix's Price Hike, Big Spending Have Wall Street Cautious

Lauren Gensler, Forbes Staff

**Doha: Oil Producers Meeting Collapses In Deadlock**

Gaurav Sharma, Contributor

**Morgan Stanley Profits Plunge On Energy Slump, Weak Trading**

Antoine Gara, Forbes Staff

**Pepsi Earnings Top Expectations, Helped By Cost Cuts**

Lauren Gensler, Forbes Staff

MONEY & MARKETS

Find your Intel-powered device >

LEGAL

















# EXHIBIT B

*Martin v. Global Marketing Research Services, Inc.*
Settlement Administrator
c/o KCC
P.O. Box 30215
College Station, TX 77842-3215

2D

## LEGAL NOTICE

**ATTENTION! If You Received A Call On Your Cellular Telephone From Global Marketing Research Services, Inc. From August 11, 2010 to December 31, 2014 You Are Part of a Class Action Settlement**

**Learn More At:**

**www.MartinTCPASettlement.com**

PIN: <<PINCODE>>


Postal Service: Please Do Not Mark Barcode

GLN-<<Claim7>>-<<CkDig>>

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# GLN

You are receiving this notice because you have been identified as a Settlement Class Member in *Martin v. Global Marketing Research Services, Inc.* ("GMRS") 6:14-cv-1290-ORL-31-KRS, pending in the U.S. District Court for the Middle District of Florida. The Court has preliminarily approved a Settlement that could impact your legal rights, whether you act or not. This is only a summary of the full Notice. Visit www.MartinTCPASettlement.com to read the full Notice, submit a Claim Form, and view important court dates and actions.

**Nature of the Action.** This lawsuit alleges that GMRS made calls to cellphones in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. The Class Representatives claim that GMRS called cellphone users without prior express consent. GMRS denies that it violated any laws and asserts several defenses, including that the TCPA is unconstitutional as applied, that its calls were political calls, and that it obtained prior implied consent to make such calls from voter registration published lists of cell numbers. The Court has not determined who is right. Rather you are receiving this legal notice because your rights may be impacted by the Settlement.

**How Do I Know if I am a Class Member?** You fall into the definition of the Settlement Class if you answered a call on your cellphone when called by GMRS for any purpose from August 11, 2010 through December 31, 2014.

**What are My Options?** You may submit a Claim Form to be paid up to $15.00 (reduced pro rata if certain fund limits are exhausted). You can discuss the case with Class Counsel. You may also enter an appearance though an attorney if you so desire. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Martin v. Global Marketing Research Services, Inc.* ("GMRS") 6:14-cv-1290-ORL-31-KRS" to the Settlement Administrator, postmarked by **July 15, 2016**. Specific information is available at www.MartinTCPASettlement.com. If you do nothing you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the Settlement.

**Who Represents Me?** The Court has approved Steven L. Woodrow and Patrick Peluso of Woodrow & Peluso LLC to be the attorneys representing the Class in this case. These attorneys are referred to as Class Counsel. You will not be charged for these lawyers. You may also hire your own lawyer at your own expense.

**How Do I Get More Information?** For more information about the proposed Settlement and a copy of the full Notice and Claim Form, go to www.MartinTCPASettlement.com, contact the Settlement Administrator at 1-844-206-5863 or P.O. Box 30215, College Station, TX 77842-3215 or call Class Counsel at (720) 213-0675.

**TO SUBMIT A CLAIM FORM, VISIT:**
**www.MartinTCPASettlement.com**

To request exclusion, submit your signed statement that says "I wish to be excluded from Martin v. Global Marketing Research Services, Inc. ("GMRS") 6:14-cv-1290-ORL-31-KRS" to:

*Martin v. Global Marketing Research Services, Inc.*
Settlement Administrator
c/o KCC
P.O. Box 30215
College Station, TX 77842-3215
Tel: 1-844-206-5863

For all other inquiries, contact Class Counsel at:

Martin v. Global Marketing Research
6:14-cv-1290-ORL-31-KRS
Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0675
swoodrow@woodrowpeluso.com

**www.MartinTCPASettlement.com**

# EXHIBIT C

| ClaimID | FirstName | LastName | City | State | Zip | OptOut |
|---------|-----------|----------|------|-------|-----|--------|
| GLN-100013775 | CANDACE | HEILMAN | MELBOURNE | FL | 32901 | 7/1/2016 |
| GLN-100049508 | DAVID | KESTEL | CYNTHIANA | KY | 41031 | 6/20/2016 |
| GLN-100093701 | MARGARET | OBROCHTA | BUENA VISTA | VA | 24416 | 6/10/2016 |
| GLN-100106781 | LUCILLE | DOWAL | TOMS RIVER | NJ | 08757 | 7/5/2016 |
| GLN-100160930 | DEANIE | BEECHAM | ANNISTON | AL | 36207 | 5/19/2016 |
| GLN-100227961 | RONALD | CARLSON | OXFORD | IN | 47971 | 5/13/2016 |
| GLN-100266363 | ELIZABETH | MERRILL | SN BERNRDNO | CA | 92404 | 5/4/2016 |
| GLN-100323871 | PEGGY | FINCK | EL PASO | IL | 61738 | 5/9/2016 |
| GLN-100375383 | MARIA | GORDON | LIVINGSTON | NJ | 07039 | 6/15/2016 |
| GLN-100406637 | JANICE | BURKS | WATERMAN | IL | 60556 | 5/23/2016 |
| GLN-100418651 | ELSIE | KREIDER | WASH BORO | PA | 17582 | 5/3/2016 |
| GLN-100460593 | JANET | GEYER | NAPPANEE | IN | 46550 | 5/6/2016 |
| GLN-100475671 | JAKE | TROYER | HORSE CAVE | KY | 42749 | 5/3/2016 |
| GLN-100484409 | SHARON | OCONNOR | CHICAGO | IL | 60660 | 5/11/2016 |
| GLN-100503551 | LINDA | ACHENBACH | MAIDEN | NC | 28650 | 5/20/2016 |
| GLN-100507549 | PHYLISS | CORT | DES MOINES | IA | 50310 | 5/6/2016 |
| GLN-100518397 | HAROLD | HALLETT | COLQUITT | GA | 39837 | 5/12/2016 |
| GLN-100522254 | JAMES | THOMPSON | FORT WAYNE | IN | 46815 | 5/6/2016 |
| GLN-100526020 | DELORES | STEELE | MARICOPA | AZ | 85139 | 6/29/2016 |
| GLN-100526292 | JANICE | DIALS | APACHE JCT | AZ | 85119 | 5/11/2016 |
| GLN-100532853 | STEVE | LAMBERT | SUN CITY | CA | 92585 | 5/9/2016 |
| GLN-100537391 | MARY | NELIMARK | GOLD CANYON | AZ | 85118 | 5/23/2016 |
| GLN-100537472 | FLOYD | STAMBACK | APACHE JCT | AZ | 85120 | 5/11/2016 |
| GLN-100539416 | HELEN | PALMETTO | DONALSONVILLE | GA | 39845 | 5/5/2016 |
| GLN-100543103 | VICTOR | TRISTAN | OXNARD | CA | 93036 | 5/10/2016 |
| GLN-100543995 | PATRICIA | MARLOWE | BLACKSBURG | VA | 24060 | 5/11/2016 |
| GLN-100587380 | LAVELLE | BASHAM | PRESCOTT | AZ | 86305 | 6/6/2016 |
| GLN-100639380 | PHYLLIS | SCHRIMSHER | SOPHIA | NC | 27350 | 5/24/2016 |
| GLN-100667830 | BONNIE | MCMICHAEL | CLANTON | AL | 35046 | 5/10/2016 |
| GLN-100884962 | EARL | HAUFFE | BONIFAY | FL | 32425 | 5/6/2016 |
| GLN-100917607 | PATRICIA | BERGER | CHALFONT | PA | 18914 | 5/6/2016 |
| GLN-100920969 | RUTH | GAUZZA | MEDIA | PA | 19063 | 5/19/2016 |
| GLN-100961010 | DONALD WESLEY | TAYLOR | BROWNS MILLS | NJ | 08015 | 5/13/2016 |
| GLN-100972942 | JOAN | COPENSPIRE | GERMANTOWN | MD | 20874 | 6/7/2016 |
| GLN-101029861 | GERARDO | BELTRAN | YORK | NE | 68467 | 6/10/2016 |
| GLN-101036205 | TIMOTHY | CUNNINGHAM | NEW PALTZ | NY | 12561 | 5/10/2016 |
| GLN-101037678 | PHILLIP | MARTIN | KEARNEY | NE | 68847 | 5/11/2016 |
| GLN-101042990 | PATRICK | WILLIAMS | SAINT MARYS | KS | 66536 | 6/2/2016 |
| GLN-101086415 | ERNEST | COLANTINO | LAWTONS | NY | 14091 | 5/11/2016 |
| GLN-101092636 | JOAN | SWETLAND | THOMASVILLE | GA | 31757 | 6/13/2016 |
| GLN-101108389 | MARIA LUISA | SUELA | WAIPAHU | HI | 96797 | 5/6/2016 |
| GLN-101113382 | JEANETTE | DELZER | PAXTON | NE | 69155 | 5/10/2016 |
| GLN-101212410 | LINDA | GALLIGHER | ALBION | IN | 46701 | 5/13/2016 |
| GLN-101280475 | KATHERINE | JONES | WICHITA | KS | 67203 | 5/13/2016 |
| GLN-101311389 | ANITA | KOHUT | PARSIPPANY | NJ | 07054 | 5/11/2016 |
| GLN-101339852 | LAVENE | TAYLOR | SALINA | KS | 67401 | 5/13/2016 |

| | | | | | |
|---|---|---|---|---|---|
| GLN-101446080 RICKIE | HELZER | CAIRO | NE | 68824 | 5/6/2016 |
| GLN-101492200 WANDA | MCDANIEL | TOPEKA | KS | 66604 | 6/8/2016 |
| GLN-101511248 FITSUM | HAILE | SKOKIE | IL | 60076 | 7/6/2016 |
| GLN-101528779 SUZZETTE | CAMPBELL | BRONX | NY | 10467 | 5/21/2016 |
| GLN-101607458 ELI | YODER | NEW HOLLAND | PA | 17557 | 5/25/2016 |
| GLN-101792018 GALEN | DEGANI | CENTER | CO | 81125 | 5/25/2016 |
| GLN-101908644 JULIE | GARRET | PITTSBURGH | PA | 15238 | 6/29/2016 |
| GLN-101977590 BARBARA | WAAS | BRONX | NY | 10467 | 5/6/2016 |
| GLN-102033692 SUSAN | PERDUNN | CLIFTON HEIGHTS | PA | 19018 | 7/1/2016 |
| GLN-102042578 KRISTINE | TUDOR | DECATUR | AL | 35603 | 5/6/2016 |
| GLN-102061610 MARY | TREICK | LINCOLN | NE | 68510 | 6/29/2016 |
| GLN-102097356 BARBARA | MCLEAN | APACHE JCT | AZ | 85119 | 5/19/2016 |
| GLN-102109648 ROBERT | HORTON | CALVERTON | NY | 11933 | 5/9/2016 |
| GLN-102144320 HARRY | DAVIS | GRANADA HILLS | CA | 91344 | 5/17/2016 |
| GLN-102207682 MONICA | FERRANTE | MILLSBORO | DE | 19966 | 5/7/2016 |
| GLN-102222711 LINDA | JANSON | HERMANTOWN | MN | 55811 | 5/16/2016 |
| GLN-102283370 SUSAN | VECHES | BUFFALO | MN | 55313 | 5/20/2016 |
| GLN-102288526 ANNETTE | CASTILLO | NEW YORK | NY | 10032 | 5/12/2016 |
| GLN-102310653 THOR | STAM | OLYMPIA | WA | 98506 | 5/10/2016 |
| GLN-102311714 DORA | PRICE | KNOXVILLE | TN | 37940 | 7/1/2016 |
| GLN-102315094 DANIEL | HEADLEY | THORNTON | CO | 80602 | 5/10/2016 |
| GLN-102318182 LAURENCE | HALL | LAKEVILLE | MN | 55044 | 5/6/2016 |
| GLN-102368945 CHALINA | SELIGSON | NEW ORLEANS | LA | 70179 | 5/11/2016 |
| GLN-102406421 GEOFFREY | REEVES | PELLA | IA | 50219 | 5/9/2016 |
| GLN-102413649 VALERIE | PETTIT | CORALVILLE | IA | 52241 | 5/31/2016 |
| GLN-102424420 BUDDY | BRADLEY | CENTERVILLE | IA | 52544 | 5/13/2016 |
| GLN-102452539 LARRY | SHEETS | SYRACUSE | IN | 46567 | 5/6/2016 |
| GLN-102453594 WILLIAM | HILL | PENNSVILLE | NJ | 08070 | 5/14/2016 |
| GLN-102486344 LARRY | HELLYER | COLORADO SPGS | CO | 80921 | 5/6/2016 |
| GLN-102498849 MARK | YOUNGMAN | LOUISVILLE | KY | 40204 | 5/6/2016 |
| GLN-102700230 MARTHA | COAKLEY | IOWA CITY | IA | 52245 | 5/6/2016 |
| GLN-102730695 DONALD | BUSS | CHANDLER | AZ | 85249 | 5/14/2016 |
| GLN-102741050 ELIZABETH | LIPKO | JACKSONVILLE | AR | 72076 | 5/6/2016 |
| GLN-102806632 SADIEANN | NERI | DIXON | CA | 95620 | 5/12/2016 |
| GLN-102830614 DENISE | GUZMAN | HARBOR CITY | CA | 90710 | 5/20/2016 |
| GLN-102884943 LAURA | JOHNSON | WEST PLAINS | MO | 65775 | 7/7/2016 |
| GLN-102915008 SYLVIA | HUI | BURLINGTON | MA | 01803 | 5/12/2016 |
| GLN-103013245 JANICE | GREER | ST PETERSBURG | FL | 33702 | 5/6/2016 |
| GLN-103023135 KAREN | GUILE | TRENTON | MO | 64683 | 5/9/2016 |
| GLN-103038620 GERARD | HAGGERTY | WILMINGTON | DE | 19806 | 5/9/2016 |
| GLN-103077090 DAVID | BERG | FERGUS FALLS | MN | 56537 | 5/10/2016 |
| GLN-103091017 BARBARA | STROUPE | KINGS MTN | NC | 28086 | 6/16/2016 |
| GLN-103092528 ROBERT | MILLER | TEMPERANCE | MI | 48182 | 5/9/2016 |
| GLN-103182993 CHARLEEN | BENNETT | MC COOK | NE | 69001 | 5/12/2016 |
| GLN-103183086 SALLY | HILDERBRANT | ARNOLD | NE | 69120 | 5/6/2016 |
| GLN-103234837 CHRIS | ALPHS | POLK CITY | IA | 50226 | 5/11/2016 |
| GLN-103284605 YAMILE | CONTRERAS | WOODLAND PARK | NJ | 07424 | 5/6/2016 |

| GLN-103295160 | MINNIE | SMITH | VALENTINE | NE | 69201 | 5/20/2016 |
| GLN-103317341 | BETTY | BELL | BEATRICE | NE | 68310 | 5/6/2016 |
| GLN-103344535 | PAT | FAUSEY | MILLSBORO | DE | 19966 | 5/19/2016 |
| GLN-103384014 | MARGARET | COLVIN | WARRENTON | OR | 97146 | 5/9/2016 |
| GLN-103391681 | DORIS | CLEMENS | INDIANOLA | IA | 50125 | 5/9/2016 |
| GLN-103402748 | BRAD | NEEDHAM | SENECA | MO | 64865 | 7/5/2016 |
| GLN-103451226 | FLORENCE | BOURQUE | GUEYDAN | LA | 70542 | 5/27/2016 |
| GLN-103507272 | RALPH | KAPLAN | FLORENCE | MA | 01062 | 5/6/2016 |
| GLN-103519033 | SARAH | LANN | SAINT JOHNS | AZ | 85936 | 6/30/2016 |
| GLN-103535144 | OLIVE | BAKER | OCEAN CITY | MD | 21842 | 6/29/2016 |
| GLN-103587853 | PETRA | PHAM | SAN CLEMENTE | CA | 92672 | 5/11/2016 |
| GLN-103602550 | THI | VO | RENTON | WA | 98059 | 5/11/2016 |
| GLN-103603719 | NORMA | MOE | BELLINGHAM | WA | 98229 | 5/9/2016 |
| GLN-103611266 | DIANNE | MAY | SPERRY | IA | 52650 | 5/16/2016 |
| GLN-103645993 | ELAINE | RENTZ | WADENA | MN | 56482 | 5/19/2016 |
| GLN-103648658 | AMY | HOSKINS | SOUTH BURLINGTON | VT | 05403 | 6/27/2016 |
| GLN-103766294 | RUTH | FANCOVIC | ROSEBUSH | MI | 48878 | 5/7/2016 |
| GLN-103774238 | BERTIE | REED | CHINCOTEAGUE | VA | 23336 | 5/5/2016 |
| GLN-103805583 | JEAN | BAIN | CHATTANOOGA | TN | 37421 | 5/9/2016 |
| GLN-103807101 | RITA | MCKNUCKLES | E SAINT LOUIS | IL | 62201 | 7/7/2016 |
| GLN-103851593 | KATHLEEN | DUNHAM | PROVIDENCE | RI | 02903 | 5/7/2016 |
| GLN-103877690 | KELLY | DOOLITTLE | WACO | TX | 76706 | 5/10/2016 |
| GLN-103884858 | KRISTI | HEIDERSCHEID | CEDAR RAPIDS | IA | 52404 | 5/10/2016 |
| GLN-103915753 | THOMAS | WHITMAN | FLINT | MI | 48506 | 5/3/2016 |
| GLN-103926704 | CHARLENE | SCHERDT | ANN ARBOR | MI | 48103 | 5/11/2016 |
| GLN-103932976 | SUSIE | CHUNG | CHICAGO | IL | 60657 | 5/23/2016 |
| GLN-104059915 | LAURA | PETERSEN | BELLEVUE | NE | 68123 | 5/9/2016 |
| GLN-104096233 | DENNIS | RINK | PITTSBURG | KS | 66762 | 5/24/2016 |
| GLN-104114614 | KENNETH | PAGE | OLD FORT | NC | 28762 | 5/16/2016 |
| GLN-104152893 | YINQIANG | PEI | MELBOURNE | FL | 32940 | 7/8/2016 |

# EXHIBIT A







If You Received a Call on Your Cellular Telephone from Global Marketing Research Services, Inc. from August 11, 2010 to December 31, 2014 You Could Be Entitled to a Payment from a Class Action Settlement.   Learn More   www.martintcpasettlement.com

# Forbes

LOG IN | SIGN UP | HELP

INVESTING / MARKETS



### Netflix's Price Hike, Big Spending Have Wall Street Cautious

Lauren Gensler, Forbes Staff

**Doha: Oil Producers Meeting Collapses In Deadlock**

Gaurav Sharma, Contributor

**Morgan Stanley Profits Plunge On Energy Slump, Weak Trading**

Antoine Gara, Forbes Staff

**Pepsi Earnings Top Expectations, Helped By Cost Cuts**

Lauren Gensler, Forbes Staff

MONEY & MARKETS

Find your Intel-powered device >

LEGAL

















# EXHIBIT B

*Martin v. Global Marketing Research Services, Inc.*
Settlement Administrator
c/o KCC
P.O. Box 30215
College Station, TX 77842-3215

2D

## LEGAL NOTICE

**ATTENTION! If You Received A
Call On Your Cellular Telephone
From Global Marketing Research
Services, Inc. From August
11, 2010 to December 31, 2014
You Are Part of a Class Action
Settlement**

**Learn More At:**

**www.MartinTCPASettlement.com**

PIN: <<PINCODE>>

Postal Service: Please Do Not Mark Barcode

GLN-<<Claim7>>-<<CkDig>>

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# GLN

**Summary Notice**                                    **Martin v. GMRS**

You are receiving this notice because you have been identified as a Settlement Class Member in *Martin v. Global Marketing Research Services, Inc.* ("GMRS") 6:14-cv-1290-ORL-31-KRS, pending in the U.S. District Court for the Middle District of Florida. The Court has preliminarily approved a Settlement that could impact your legal rights, whether you act or not. This is only a summary of the full Notice. Visit www.MartinTCPASettlement.com to read the full Notice, submit a Claim Form, and view important court dates and actions.

**Nature of the Action.** This lawsuit alleges that GMRS made calls to cellphones in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. The Class Representatives claim that GMRS called cellphone users without prior express consent. GMRS denies that it violated any laws and asserts several defenses, including that the TCPA is unconstitutional as applied, that its calls were political calls, and that it obtained prior implied consent to make such calls from voter registration published lists of cell numbers. The Court has not determined who is right. Rather you are receiving this legal notice because your rights may be impacted by the Settlement.

**How Do I Know if I am a Class Member?** You fall into the definition of the Settlement Class if you answered a call on your cellphone when called by GMRS for any purpose from August 11, 2010 through December 31, 2014.

**What are My Options?** You may submit a Claim Form to be paid up to $15.00 (reduced pro rata if certain fund limits are exhausted). You can discuss the case with Class Counsel. You may also enter an appearance though an attorney if you so desire. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Martin v. Global Marketing Research Services, Inc.* ("GMRS") 6:14-cv-1290-ORL-31-KRS" to the Settlement Administrator, postmarked by **July 15, 2016**. Specific information is available at www.MartinTCPASettlement.com. If you do nothing you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the Settlement.

**Who Represents Me?** The Court has approved Steven L. Woodrow and Patrick Peluso of Woodrow & Peluso LLC to be the attorneys representing the Class in this case. These attorneys are referred to as Class Counsel. You will not be charged for these lawyers. You may also hire your own lawyer at your own expense.

**How Do I Get More Information?** For more information about the proposed Settlement and a copy of the full Notice and Claim Form, go to www.MartinTCPASettlement.com, contact the Settlement Administrator at 1-844-206-5863 or P.O. Box 30215, College Station, TX 77842-3215 or call Class Counsel at (720) 213-0675.

**TO SUBMIT A CLAIM FORM, VISIT:**
**www.MartinTCPASettlement.com**

To request exclusion, submit your signed statement that says "I wish to be excluded from Martin v. Global Marketing Research Services, Inc. ("GMRS") 6:14-cv-1290-ORL-31-KRS" to:

*Martin v. Global Marketing Research Services, Inc.*
Settlement Administrator
c/o KCC
P.O. Box 30215
College Station, TX 77842-3215
Tel: 1-844-206-5863

For all other inquiries, contact Class Counsel at:

Martin v. Global Marketing Research
6:14-cv-1290-ORL-31-KRS
Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0675
swoodrow@woodrowpeluso.com

**www.MartinTCPASettlement.com**

# EXHIBIT C

| ClaimID | FirstName | LastName | City | State | Zip | OptOut |
|---------|-----------|----------|------|-------|-----|--------|
| GLN-100013775 | CANDACE | HEILMAN | MELBOURNE | FL | 32901 | 7/1/2016 |
| GLN-100049508 | DAVID | KESTEL | CYNTHIANA | KY | 41031 | 6/20/2016 |
| GLN-100093701 | MARGARET | OBROCHTA | BUENA VISTA | VA | 24416 | 6/10/2016 |
| GLN-100106781 | LUCILLE | DOWAL | TOMS RIVER | NJ | 08757 | 7/5/2016 |
| GLN-100160930 | DEANIE | BEECHAM | ANNISTON | AL | 36207 | 5/19/2016 |
| GLN-100227961 | RONALD | CARLSON | OXFORD | IN | 47971 | 5/13/2016 |
| GLN-100266363 | ELIZABETH | MERRILL | SN BERNRDNO | CA | 92404 | 5/4/2016 |
| GLN-100323871 | PEGGY | FINCK | EL PASO | IL | 61738 | 5/9/2016 |
| GLN-100375383 | MARIA | GORDON | LIVINGSTON | NJ | 07039 | 6/15/2016 |
| GLN-100406637 | JANICE | BURKS | WATERMAN | IL | 60556 | 5/23/2016 |
| GLN-100418651 | ELSIE | KREIDER | WASH BORO | PA | 17582 | 5/3/2016 |
| GLN-100460593 | JANET | GEYER | NAPPANEE | IN | 46550 | 5/6/2016 |
| GLN-100475671 | JAKE | TROYER | HORSE CAVE | KY | 42749 | 5/3/2016 |
| GLN-100484409 | SHARON | OCONNOR | CHICAGO | IL | 60660 | 5/11/2016 |
| GLN-100503551 | LINDA | ACHENBACH | MAIDEN | NC | 28650 | 5/20/2016 |
| GLN-100507549 | PHYLISS | CORT | DES MOINES | IA | 50310 | 5/6/2016 |
| GLN-100518397 | HAROLD | HALLETT | COLQUITT | GA | 39837 | 5/12/2016 |
| GLN-100522254 | JAMES | THOMPSON | FORT WAYNE | IN | 46815 | 5/6/2016 |
| GLN-100526020 | DELORES | STEELE | MARICOPA | AZ | 85139 | 6/29/2016 |
| GLN-100526292 | JANICE | DIALS | APACHE JCT | AZ | 85119 | 5/11/2016 |
| GLN-100532853 | STEVE | LAMBERT | SUN CITY | CA | 92585 | 5/9/2016 |
| GLN-100537391 | MARY | NELIMARK | GOLD CANYON | AZ | 85118 | 5/23/2016 |
| GLN-100537472 | FLOYD | STAMBACK | APACHE JCT | AZ | 85120 | 5/11/2016 |
| GLN-100539416 | HELEN | PALMETTO | DONALSONVILLE | GA | 39845 | 5/5/2016 |
| GLN-100543103 | VICTOR | TRISTAN | OXNARD | CA | 93036 | 5/10/2016 |
| GLN-100543995 | PATRICIA | MARLOWE | BLACKSBURG | VA | 24060 | 5/11/2016 |
| GLN-100587380 | LAVELLE | BASHAM | PRESCOTT | AZ | 86305 | 6/6/2016 |
| GLN-100639380 | PHYLLIS | SCHRIMSHER | SOPHIA | NC | 27350 | 5/24/2016 |
| GLN-100667830 | BONNIE | MCMICHAEL | CLANTON | AL | 35046 | 5/10/2016 |
| GLN-100884962 | EARL | HAUFFE | BONIFAY | FL | 32425 | 5/6/2016 |
| GLN-100917607 | PATRICIA | BERGER | CHALFONT | PA | 18914 | 5/6/2016 |
| GLN-100920969 | RUTH | GAUZZA | MEDIA | PA | 19063 | 5/19/2016 |
| GLN-100961010 | DONALD WESLEY | TAYLOR | BROWNS MILLS | NJ | 08015 | 5/13/2016 |
| GLN-100972942 | JOAN | COPENSPIRE | GERMANTOWN | MD | 20874 | 6/7/2016 |
| GLN-101029861 | GERARDO | BELTRAN | YORK | NE | 68467 | 6/10/2016 |
| GLN-101036205 | TIMOTHY | CUNNINGHAM | NEW PALTZ | NY | 12561 | 5/10/2016 |
| GLN-101037678 | PHILLIP | MARTIN | KEARNEY | NE | 68847 | 5/11/2016 |
| GLN-101042990 | PATRICK | WILLIAMS | SAINT MARYS | KS | 66536 | 6/2/2016 |
| GLN-101086415 | ERNEST | COLANTINO | LAWTONS | NY | 14091 | 5/11/2016 |
| GLN-101092636 | JOAN | SWETLAND | THOMASVILLE | GA | 31757 | 6/13/2016 |
| GLN-101108389 | MARIA LUISA | SUELA | WAIPAHU | HI | 96797 | 5/6/2016 |
| GLN-101113382 | JEANETTE | DELZER | PAXTON | NE | 69155 | 5/10/2016 |
| GLN-101212410 | LINDA | GALLIGHER | ALBION | IN | 46701 | 5/13/2016 |
| GLN-101280475 | KATHERINE | JONES | WICHITA | KS | 67203 | 5/13/2016 |
| GLN-101311389 | ANITA | KOHUT | PARSIPPANY | NJ | 07054 | 5/11/2016 |
| GLN-101339852 | LAVENE | TAYLOR | SALINA | KS | 67401 | 5/13/2016 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GLN-101446080 | RICKIE | HELZER | CAIRO | NE | 68824 | 5/6/2016 |
| GLN-101492200 | WANDA | MCDANIEL | TOPEKA | KS | 66604 | 6/8/2016 |
| GLN-101511248 | FITSUM | HAILE | SKOKIE | IL | 60076 | 7/6/2016 |
| GLN-101528779 | SUZZETTE | CAMPBELL | BRONX | NY | 10467 | 5/21/2016 |
| GLN-101607458 | ELI | YODER | NEW HOLLAND | PA | 17557 | 5/25/2016 |
| GLN-101792018 | GALEN | DEGANI | CENTER | CO | 81125 | 5/25/2016 |
| GLN-101908644 | JULIE | GARRET | PITTSBURGH | PA | 15238 | 6/29/2016 |
| GLN-101977590 | BARBARA | WAAS | BRONX | NY | 10467 | 5/6/2016 |
| GLN-102033692 | SUSAN | PERDUNN | CLIFTON HEIGHTS | PA | 19018 | 7/1/2016 |
| GLN-102042578 | KRISTINE | TUDOR | DECATUR | AL | 35603 | 5/6/2016 |
| GLN-102061610 | MARY | TREICK | LINCOLN | NE | 68510 | 6/29/2016 |
| GLN-102097356 | BARBARA | MCLEAN | APACHE JCT | AZ | 85119 | 5/19/2016 |
| GLN-102109648 | ROBERT | HORTON | CALVERTON | NY | 11933 | 5/9/2016 |
| GLN-102144320 | HARRY | DAVIS | GRANADA HILLS | CA | 91344 | 5/17/2016 |
| GLN-102207682 | MONICA | FERRANTE | MILLSBORO | DE | 19966 | 5/7/2016 |
| GLN-102222711 | LINDA | JANSON | HERMANTOWN | MN | 55811 | 5/16/2016 |
| GLN-102283370 | SUSAN | VECHES | BUFFALO | MN | 55313 | 5/20/2016 |
| GLN-102288526 | ANNETTE | CASTILLO | NEW YORK | NY | 10032 | 5/12/2016 |
| GLN-102310653 | THOR | STAM | OLYMPIA | WA | 98506 | 5/10/2016 |
| GLN-102311714 | DORA | PRICE | KNOXVILLE | TN | 37940 | 7/1/2016 |
| GLN-102315094 | DANIEL | HEADLEY | THORNTON | CO | 80602 | 5/10/2016 |
| GLN-102318182 | LAURENCE | HALL | LAKEVILLE | MN | 55044 | 5/6/2016 |
| GLN-102368945 | CHALINA | SELIGSON | NEW ORLEANS | LA | 70179 | 5/11/2016 |
| GLN-102406421 | GEOFFREY | REEVES | PELLA | IA | 50219 | 5/9/2016 |
| GLN-102413649 | VALERIE | PETTIT | CORALVILLE | IA | 52241 | 5/31/2016 |
| GLN-102424420 | BUDDY | BRADLEY | CENTERVILLE | IA | 52544 | 5/13/2016 |
| GLN-102452539 | LARRY | SHEETS | SYRACUSE | IN | 46567 | 5/6/2016 |
| GLN-102453594 | WILLIAM | HILL | PENNSVILLE | NJ | 08070 | 5/14/2016 |
| GLN-102486344 | LARRY | HELLYER | COLORADO SPGS | CO | 80921 | 5/6/2016 |
| GLN-102498849 | MARK | YOUNGMAN | LOUISVILLE | KY | 40204 | 5/6/2016 |
| GLN-102700230 | MARTHA | COAKLEY | IOWA CITY | IA | 52245 | 5/6/2016 |
| GLN-102730695 | DONALD | BUSS | CHANDLER | AZ | 85249 | 5/14/2016 |
| GLN-102741050 | ELIZABETH | LIPKO | JACKSONVILLE | AR | 72076 | 5/6/2016 |
| GLN-102806632 | SADIEANN | NERI | DIXON | CA | 95620 | 5/12/2016 |
| GLN-102830614 | DENISE | GUZMAN | HARBOR CITY | CA | 90710 | 5/20/2016 |
| GLN-102884943 | LAURA | JOHNSON | WEST PLAINS | MO | 65775 | 7/7/2016 |
| GLN-102915008 | SYLVIA | HUI | BURLINGTON | MA | 01803 | 5/12/2016 |
| GLN-103013245 | JANICE | GREER | ST PETERSBURG | FL | 33702 | 5/6/2016 |
| GLN-103023135 | KAREN | GUILE | TRENTON | MO | 64683 | 5/9/2016 |
| GLN-103038620 | GERARD | HAGGERTY | WILMINGTON | DE | 19806 | 5/9/2016 |
| GLN-103077090 | DAVID | BERG | FERGUS FALLS | MN | 56537 | 5/10/2016 |
| GLN-103091017 | BARBARA | STROUPE | KINGS MTN | NC | 28086 | 6/16/2016 |
| GLN-103092528 | ROBERT | MILLER | TEMPERANCE | MI | 48182 | 5/9/2016 |
| GLN-103182993 | CHARLEEN | BENNETT | MC COOK | NE | 69001 | 5/12/2016 |
| GLN-103183086 | SALLY | HILDERBRANT | ARNOLD | NE | 69120 | 5/6/2016 |
| GLN-103234837 | CHRIS | ALPHS | POLK CITY | IA | 50226 | 5/11/2016 |
| GLN-103284605 | YAMILE | CONTRERAS | WOODLAND PARK | NJ | 07424 | 5/6/2016 |

| GLN-103295160 | MINNIE | SMITH | VALENTINE | NE | 69201 | 5/20/2016 |
|---|---|---|---|---|---|---|
| GLN-103317341 | BETTY | BELL | BEATRICE | NE | 68310 | 5/6/2016 |
| GLN-103344535 | PAT | FAUSEY | MILLSBORO | DE | 19966 | 5/19/2016 |
| GLN-103384014 | MARGARET | COLVIN | WARRENTON | OR | 97146 | 5/9/2016 |
| GLN-103391681 | DORIS | CLEMENS | INDIANOLA | IA | 50125 | 5/9/2016 |
| GLN-103402748 | BRAD | NEEDHAM | SENECA | MO | 64865 | 7/5/2016 |
| GLN-103451226 | FLORENCE | BOURQUE | GUEYDAN | LA | 70542 | 5/27/2016 |
| GLN-103507272 | RALPH | KAPLAN | FLORENCE | MA | 01062 | 5/6/2016 |
| GLN-103519033 | SARAH | LANN | SAINT JOHNS | AZ | 85936 | 6/30/2016 |
| GLN-103535144 | OLIVE | BAKER | OCEAN CITY | MD | 21842 | 6/29/2016 |
| GLN-103587853 | PETRA | PHAM | SAN CLEMENTE | CA | 92672 | 5/11/2016 |
| GLN-103602550 | THI | VO | RENTON | WA | 98059 | 5/11/2016 |
| GLN-103603719 | NORMA | MOE | BELLINGHAM | WA | 98229 | 5/9/2016 |
| GLN-103611266 | DIANNE | MAY | SPERRY | IA | 52650 | 5/16/2016 |
| GLN-103645993 | ELAINE | RENTZ | WADENA | MN | 56482 | 5/19/2016 |
| GLN-103648658 | AMY | HOSKINS | SOUTH BURLINGTON | VT | 05403 | 6/27/2016 |
| GLN-103766294 | RUTH | FANCOVIC | ROSEBUSH | MI | 48878 | 5/7/2016 |
| GLN-103774238 | BERTIE | REED | CHINCOTEAGUE | VA | 23336 | 5/5/2016 |
| GLN-103805583 | JEAN | BAIN | CHATTANOOGA | TN | 37421 | 5/9/2016 |
| GLN-103807101 | RITA | MCKNUCKLES | E SAINT LOUIS | IL | 62201 | 7/7/2016 |
| GLN-103851593 | KATHLEEN | DUNHAM | PROVIDENCE | RI | 02903 | 5/7/2016 |
| GLN-103877690 | KELLY | DOOLITTLE | WACO | TX | 76706 | 5/10/2016 |
| GLN-103884858 | KRISTI | HEIDERSCHEID | CEDAR RAPIDS | IA | 52404 | 5/10/2016 |
| GLN-103915753 | THOMAS | WHITMAN | FLINT | MI | 48506 | 5/3/2016 |
| GLN-103926704 | CHARLENE | SCHERDT | ANN ARBOR | MI | 48103 | 5/11/2016 |
| GLN-103932976 | SUSIE | CHUNG | CHICAGO | IL | 60657 | 5/23/2016 |
| GLN-104059915 | LAURA | PETERSEN | BELLEVUE | NE | 68123 | 5/9/2016 |
| GLN-104096233 | DENNIS | RINK | PITTSBURG | KS | 66762 | 5/24/2016 |
| GLN-104114614 | KENNETH | PAGE | OLD FORT | NC | 28762 | 5/16/2016 |
| GLN-104152893 | YINQIANG | PEI | MELBOURNE | FL | 32940 | 7/8/2016 |