UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF FLORIDA

ROBERT MARTIN and KRISTIN )
ARMSTRONG individually and )
on behalf of all others similarly situated,)
                                         )    Case No. 6:14-cv-1290-ORL-31-KRS
        Plaintiffs,      )
v.                                )
                                         )
GLOBAL MARKETING RESEARCH )
SERVICES, INC., a Florida corporation,)
                                         )
       Defendant.      )

**OBJECTIONS OF PATRICK S. SWEENEY TO THE PROPOSED
SETTLEMENT AND NOTICE OF INTENTION NOT TO APPEAR AT
FAIRNESS HEARING**

COMES NOW, Pro Se Objector PATRICK S. SWEENEY, hereby files these objections to the proposed settlement in this matter.

## PROOF OF MEMBERSHIP IN CLASS

Patrick S. Sweeney (herein referred to as "Patrick" or "Objector") has reviewed the certain notice which is undated and entitled "Notice of Proposed Class Action Settlement" (herein referred to as the "Notice"). From the description in the Notice he believes he is a member of the Class. This representations are made under the penalty of perjury. Patrick has filed multiple claims as he had, during the claim period, a group account (AT&T) with 3 separate numbers and the claims website provided no opportunity to address this fact without simply filing multiple claims. His claim is that he received a text message during the claim period but he cannot be certain on what phone number. Accordingly, to be sure he

filed multiple claims. The receipt with the claim numbers are attached hereto as Composite Exhibit "A". Patrick's address, e-mail addresses and telephone number are listed at the conclusion of this objection. He believes he received the messages in 2013 or 2017.

## NOTICE OF INTENT TO APPEAR

Objector hereby gives notice that he does **NOT** intend to appear at the Fairness Hearing presently scheduled for August 16, 2016 at 9:30 p.m. EDT at Courtroom 5A of the U.S. Courthouse, 401 West Central Blvd., Orlando, FL 32801.

## REASONS FOR OBJECTING TO THE SETTLEMENT

For the following reasons, inter alia, the Settlement Agreement is not fair, reasonable nor adequate:

1. No mechanism in place to file a claim that has come to a phone belonging to an account holder with multiple lines. Accordingly one must do as this Objector had to do and that is file multiple claims.

2. The Settlement Administrator's phone bank does not allow a person to talk to a real person when looking for guidance with a claim.

3. Attorney fees do not depend upon how much relief is actually paid

to the Class Members. It appears that the proposed settlement will award class counsel its fee notwithstanding the amount of relief actually achieved by the Class. This practice would be considered inequitable at best and excessive at worse in many other areas of the law when awarding attorney fees.

4. The fee calculation is unfair in that the percentage of the settlement amount is far too high. It is stated in the Motion that it is 30%, which is high on its face, but if the percent is arrived at by using monies actually awarded class members the percentage is even higher. By way of example if the settlement administration costs are a million dollars and the award to the named plaintiffs is $20,000.00 then the percent paid to the Class Counsel is about 40% of the monies available to the Class.

5. The fee request is not reasonable in the absence of documentation, including detailed billing records (including hourly rates of the professionals, hours accumulated and reasonable costs incurred), which can be evaluated by Class Members and the Court to determine the reasonable nature (or not) of the fee request.

6. Some *cy pres* procedure needs to be articulated so that Class Members and the Court can intelligently comment, object or approve the appropriateness of the *cy pres* procedure, recipient and amount of the *cy pres* distribution. The *cy pres* distribution and recipient should have a direct and substantial nexus to the interests of absent class members and thus properly provide for the 'next best distribution' to the class. Whatever method is used to determine an appropriate *cy pres* procedure and recipient should be a legitimate discussion between informed parties. Allowing the process to be determined at a later date is not an appropriate method nor consistent with Class Action Policy. It also gives no due process for any Class Member object to the *cy pres* result.

7. The Objector herein hereby adopts and joins in all other objections which are based on sufficient precedent and theories of equity and

law in this case and hereby incorporates said objections by reference as if they were fully described herein.

## CONCLUSION

**WHEREFORE**, This Objector, for the foregoing reasons, respectfully requests that the Court, upon proper hearing:

1. Sustain these Objections;

2. Enter such Orders as are necessary and just to adjudicate these Objections and to alleviate the inherent unfairness, inadequacies and unreasonableness of the proposed settlement.

3. Award an incentive fee to this Objector for his role in improving the Settlement, if applicable.

Respectfully submitted by:

_____
Patrick S. Sweeney, Pro Se
2590 Richardson Street
Madison, WI 53711
310-339-0548
patrick@sweeneylegalgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 14, 2016, I caused to be filed the foregoing with the Clerk of the Court of the United States District Court for the

Middle District of Florida by sending this document via U.S. First Class Mail Delivery thus complying within the timeframe described in the Legal Notice published in this case. The attorney listed in the notice also were sent copies by U.S. First Class mail.

I also provided a copy of these documents to the counsel for the Plaintiffs and the Defendants via e-mail on July 14, 2016.

_____
Patrick S. Sweeney, Pro Se

Martin v. Global Marketing Research Services Inc.

**Your claim has been submitted. Your Claim ID is: GLN-40003303-8**

Please include the above claim number in all future correspondence with the Claims Administrator.

A confirmation email will be sent to the email address provided shortly.

**Your claim has been submitted. Your Claim ID is: GLN-40003287-2**

Please include the above claim number in all future correspondence with the Claims Administrator.

A confirmation email will be sent to the email address provided shortly.

# Martin v. Global Marketing Research Services Inc.

**Your claim has been submitted. Your Claim ID is: GLN-40003293-7**

Please include the above claim number in all future correspondence with the Claims Administrator.

A confirmation email will be sent to the email address provided shortly.