# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT MARTIN and KRISTIN ARMSTRONG,**

      **Plaintiffs,**

**v.**                                                              **Case No:   6:14-cv-1290-Orl-31KRS**

**GLOBAL MARKETING RESEARCH SERVICES, INC.,**

      **Defendant.**

## FINAL ORDER APPROVING CLASS ACTION SETTLEMENT

This is a class action lawsuit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, wherein Plaintiffs allege that Defendant made unlawful cell phone calls in connection with Defendant's political surveys.  On February 5, 2016, the parties reached a Settlement Agreement (Doc. 105), and on March 29, 2016, the Court preliminarily approved the settlement (Doc. 98) and conditionally approved the following settlement class:

> All Persons in the United States or its territories who received a call successfully placed by or on behalf of Global Marketing Research Services, Inc. ("GMRS") to that Person's cellular telephone, through the use by GMRS of an ATDS, at any time from August 11, 2010 through December 31, 2014, consisting of approximately 688,650 Persons where the Person upon answering such call either: (a) participated in a GMRS survey, (b) declined to participate at the time of the first such call without objection to be called back at a later time, or (c) upon answering such call directed never to be called by GMRS again.

The Settlement Agreement provides for a fund of up to $10,000,000 to cover claims made by more than 688,500 class members at $15 per claim.[1]  It also provides prospective relief,

---

[1] Pursuant to the Court's direction, the parties filed a joint statement on October 28, 2016

allowing class members to opt out of receiving any future calls from Defendant, and requires Defendant to pay for the notice, administrative costs, and the incentive awards to the class representatives.  Defendant is also obligated to pay a reasonable attorney's fee to class counsel, as determined by the Court.  (Doc. 115-1).

On July 1, 2016, Plaintiffs filed a Motion for Attorney's Fees and Costs, seeking to recover fees in the amount of $3,000,000.  (Doc. 105 at 6).  On July 15, 2016, Defendant filed objections (Doc. 113)[2] to Plaintiffs' fee request.  Thereafter, Plaintiffs filed a reply (Doc. 125).

On July 26, 2016, Plaintiffs filed a Motion for Final Approval of the Class Action Settlement (Doc. 115).  Pursuant to the preliminary approval order, notice was sent by direct mail to over 420,000 settlement class members.  One objection to the settlement was filed by Patrick Sweeney (Doc. 116), to which Plaintiffs filed a Response (Doc. 124).  On August 16, 2016, the Court conducted a fairness hearing pursuant to notice.  No one appeared in opposition to the motion.[3]

Upon consideration of the above, the Court finds that it has jurisdiction over the settlement class members and subject matter jurisdiction over the case, that the Settlement Agreement is fair, reasonable and adequate, and is not the product of collusion between the parties.  Furthermore, the Court finds that the notice procedure employed was sufficient and comports with due process.  Finally, the Court finds that the objection filed by Patrick Sweeney is frivolous and without merit.  It is, therefore

---

reflecting that 16,148 claims had been submitted; at $15 per claim, this would amount to a total class payment of $242,200. (Doc. 138)

[2] The disputed attorney's fee issue was excluded from the Settlement Agreement, to be decided by the Court.

[3] A transcript of this hearing appears at Doc. 135.

**ORDERED** that the Motion for Final Approval of Class Action Settlement is **GRANTED**, and the Agreement is approved. The parties are directed to consummate and implement the Settlement Agreement according to its terms, including payment from the settlement fund of:

- All approved claims submitted at the rate of $15 per claim
- An incentive award of $5,000 to each of the four class representatives (total of $20,000)
- The administrative cost as set forth in paragraph 1.43 of the Settlement Agreement
- Attorney's fee and litigation expenses of Plaintiffs' counsel in an amount to be determined by the Court (but not greater than $3,000,000)

This Order is binding and has preclusive effect upon all class members except those opt-outs listed on the attachment to the Declaration of Kathleen Wyatt at Doc. 115-2, Ex. C.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 4, 2016.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party